UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
APR - 6 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                INDICTMENT NO. 5:23-CR-036-KKC

JOSE PARRA-VILLALOBOS,
    aka JOSE EULALIO PARRA,
    aka JOSE E. PARRA VILLALOBOS,
    aka JOSE PARRA,
    aka JyR Dragon Driver360

\* \* \* \* \*

THE GRAND JURY CHARGES:

COUNT 1
21 U.S.C. § 841(a)(1)

On or about April 14, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360,

knowingly and intentionally distributed a quantity of capsules containing methyltestosterone, a Schedule III controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
## 21 U.S.C. § 843(b)

Beginning on or about April 11, 2018, and continuing through on or about April 14, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360,**

knowingly and intentionally used any communication facility, to wit, the United States Mail, in facilitating the commission of any act or acts constituting a felony under 21 U.S.C. § 841(a)(1), to wit, the distribution of an animal drug containing methyltestosterone, a Schedule III controlled substance, as set forth in Count 1 of this Indictment and incorporated by reference herein, all in violation of 21 U.S.C. § 843(b).

## COUNT 3
## 21 U.S.C. §§ 331(a) and 333(a)(2)

Beginning on or about April 11, 2018, and continuing through on or about April 14, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360,**

with the intent to defraud and mislead, introduced and delivered for introduction into interstate commerce a misbranded drug, to wit, **PARRA-VILLALOBOS** shipped methyltestosterone, a Schedule III controlled substance, from California to the Eastern District of Kentucky, that was misbranded, in that the drug had been knowingly

dispensed by **PARRA-VILLALOBOS** without the lawful written or oral order of a licensed veterinarian in the course of the veterinarian's professional practice, all in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about April 24, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360**

knowingly and intentionally distributed a quantity of capsules containing methyltestosterone, a Schedule III controlled substance, and a quantity of vials containing nandrolone phenylpropionate, a Schedule III controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 843(b)

Beginning on or about April 21, 2018, and continuing through on or about April 24, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

knowingly and intentionally used any communication facility, to wit, the United States Mail, in facilitating the commission of any act or acts constituting a felony under 21

U.S.C. § 841(a)(1), to wit, the distribution of animal drugs containing methyltestosterone and and nandrolone phenylpropionate, Schedule III controlled substances, as set forth in Count 4 of this Indictment and incorporated by reference herein, all in violation of 21 U.S.C. § 843(b).

### COUNT 6
### 21 U.S.C. §§ 331(a) and 333(a)(2)

Beginning on or about April 21, 2018, and continuing through on or about April 24, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

with the intent to defraud and mislead, introduced and delivered for introduction into interstate commerce misbranded drugs, to wit, **PARRA-VILLALOBOS** shipped prescription animal drugs containing methyltestosterone and nandrolone phenylpropionate, Schedule III controlled substances, from California to the Eastern District of Kentucky, that were misbranded, in that the drugs had been knowingly dispensed by **PARRA-VILLALOBOS** without the lawful written or oral order of a licensed veterinarian in the course of the veterinarian's professional practice, all in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

### COUNT 7
### 21 U.S.C. § 841(a)(1)

On or about May 3, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

knowingly and intentionally distributed a quantity of capsules and vials containing methyltestosterone, a Schedule III controlled substance, and a vial containing nandrolone phenylpropionate, a Schedule III controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 8
### 21 U.S.C. § 843(b)

Beginning on or about May 1, 2018, and continuing through on or about May 3, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

knowingly and intentionally used any communication facility, to wit, the United States Mail, in facilitating the commission of any act or acts constituting a felony under 21 U.S.C. § 841(a)(1), to wit, the distribution of animal drugs containing methyltestosterone and nandrolone phenylpropionate, Schedule III controlled substances, as set forth in Count 7 of this Indictment and incorporated by reference herein, all in violation of 21 U.S.C. § 843(b).

## COUNT 9
### 21 U.S.C. §§ 331(a) and 333(a)(2)

Beginning on or about May 1, 2018, and continuing through on or about May 3, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

with the intent to defraud and mislead, introduced and delivered for introduction into interstate commerce misbranded drugs, to wit, **PARRA-VILLALOBOS** shipped prescription animal drugs containing methyltestosterone and nandrolone phenylpropionate, Schedule III controlled substances, from California to the Eastern District of Kentucky, that were misbranded, in that the drugs had been knowingly dispensed by **PARRA-VILLALOBOS** without the lawful written or oral order of a licensed veterinarian in the course of the veterinarian's professional practice, all in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

## COUNT 10
### 21 U.S.C. § 841(a)(1)

On or about May 21, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

knowingly and intentionally distributed a quantity of capsules and a vial containing methyltestosterone, a Schedule III controlled substance, and a vial containing nandrolone phenylpropionate, a Schedule III controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 11
## 21 U.S.C. § 843(b)

Beginning on or about May 19, 2018, and continuing through on or about May 21, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

knowingly and intentionally used any communication facility, to wit, the United States Mail, in facilitating the commission of any act or acts constituting a felony under 21 U.S.C. § 841(a)(1), to wit, the distribution of animal drugs containing methyltestosterone and nandrolone phenylpropionate, Schedule III controlled substances, as set forth in Count 10 of this Indictment and incorporated by reference herein, all in violation of 21 U.S.C. § 843(b).

## COUNT 12
## 21 U.S.C. §§ 331(a) and 333(a)(2)

Beginning on or about May 19, 2018, and continuing through on or about May 21,

2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360,**

with the intent to defraud and mislead, introduced and delivered for introduction into interstate commerce misbranded drugs, to wit, **PARRA-VILLALOBOS** shipped prescription animal drugs containing methyltestosterone and nandrolone phenylpropionate, Schedule III controlled substances, from California to the Eastern District of Kentucky, that were misbranded, in that the drugs had been knowingly dispensed by **PARRA-VILLALOBOS** without the lawful written or oral order of a licensed veterinarian in the course of the veterinarian's professional practice, all in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

## COUNT 13
## 21 U.S.C. § 841(a)(1)

On or about June 29, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360**

knowingly and intentionally distributed a quantity of vials containing nandrolone phenylpropionate, a Schedule III controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 14
### 21 U.S.C. § 843(b)

Beginning on or about June 27, 2018, and continuing through on or about June 29, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

knowingly and intentionally used any communication facility, to wit, the United States Mail, in facilitating the commission of any act or acts constituting a felony under 21 U.S.C. § 841(a)(1), to wit, the distribution of an animal drug containing nandrolone phenylpropionate, a Schedule III controlled substance, as set forth in Count 13 of this Indictment and incorporated by reference herein, all in violation of 21 U.S.C. § 843(b).

### COUNT 15
### 21 U.S.C. §§ 331(a) and 333(a)(2)

Beginning on or about June 27, 2018, through on or about June 29, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

with the intent to defraud and mislead, introduced and delivered for introduction into interstate commerce a misbranded drug, to wit, **PARRA-VILLALOBOS** shipped a prescription animal drug containing nandrolone phenylpropionate, a Schedule III controlled substance, from California to the Eastern District of Kentucky, that was

misbranded, in that the drug had been knowingly dispensed by **PARRA-VILLALOBOS** without the lawful written or oral order of a licensed veterinarian in the course of the veterinarian's professional practice, all in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

## COUNT 16
### 7 U.S.C. § 2156(d)

On or about September 4, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360,**

knowingly transported and delivered, and caused the delivery and transportation of, in interstate commerce, a knife, a gaff, and any other sharp instrument designed and intended to be attached to the leg of a bird for use in an animal fighting venture, all in violation of 7 U.S.C. § 2156(d).

## COUNT 17
### 21 U.S.C. §§ 331(a) and 333(a)(2)

Beginning on or about October 16, 2018, and continuing through on or about October 19, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360,**

with the intent to defraud and mislead, introduced and delivered for introduction into interstate commerce a misbranded drug, to wit, **PARRA-VILLALOBOS** shipped RED

GEL FORTE® capsules from California to the Eastern District of Kentucky that were misbranded, because the drug package label did not contain the name and place of business of the manufacturer, packer, or distributor, and because the labeling failed to bear adequate directions for use, all in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

## COUNT 18
### 21 U.S.C. § 841(a)(1)

On or about February 25, 2019, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360,**

knowingly and intentionally distributed a vial containing nandrolone phenylpropionate, a Schedule III controlled substance, and a vial and capsules containing methyltestosterone, a Schedule III controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 19
### 21 U.S.C. § 843(b)

Beginning on or about February 22, 2019, and continuing through on or about February 25, 2019, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360,**

knowingly and intentionally used any communication facility, to wit, the United States Mail, in facilitating the commission of any act or acts constituting a felony under 21

U.S.C. § 841(a)(1), to wit, the distribution of animal drugs containing nandrolone phenylpropionate and methyltestosterone, Schedule III controlled substances, as set forth in Count 18 of this Indictment and incorporated by reference herein, all in violation of 21 U.S.C. § 843(b).

## COUNT 20
### 21 U.S.C. §§ 331(a) and 333(a)(2)

Beginning on or about February 22, 2019, through on or about February 25, 2019, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,
aka JOSE EULALIO PARRA,
aka JOSE E. PARRA VILLALOBOS,
aka JOSE PARRA,
aka JyR Dragon Driver360,**

with the intent to defraud and mislead, introduced and delivered for introduction into interstate commerce a misbranded drug, to wit, **PARRA-VILLALOBOS** shipped prescription animal drugs containing methyltestosterone and nandrolone phenylpropionate, Schedule III controlled substances, from California to the Eastern District of Kentucky, that were misbranded, in that the drugs had been knowingly dispensed by **PARRA-VILLALOBOS** without the lawful written or oral order of a licensed veterinarian in the course of the veterinarian's professional practice, all in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

## COUNT 21
### 21 U.S.C. §§ 331(a) and 333(a)(2)

Beginning on or about February 22, 2019, and continuing through on or about February 25, 2019, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

with the intent to defraud and mislead, introduced and delivered for introduction into interstate commerce a misbranded drug, to wit, **PARRA-VILLALOBOS** shipped RED GEL FORTE® capsules from California to the Eastern District of Kentucky that were misbranded, because the drug package label did not contain the name and place of business of the manufacturer, packer, or distributor, and because the labeling failed to bear adequate directions for use, all in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

## COUNT 22
## 21 U.S.C. § 843(c)(2)(A)

Beginning on or about April 7, 2018, and continuing through on or about April 10, 2018, in Clark County, in the Eastern District of Kentucky, and elsewhere,

**JOSE PARRA-VILLALOBOS,**
**aka JOSE EULALIO PARRA,**
**aka JOSE E. PARRA VILLALOBOS,**
**aka JOSE PARRA,**
**aka JyR Dragon Driver360,**

knowingly and intentionally used the Internet to advertise the sale of, and to offer to sell, distribute, and dispense, a controlled substance where such sale, distribution, and dispensing was not authorized by Subchapter I of Chapter 13 of Title 21, United States Code, or by the Controlled Substances Import and Export Act, in that **PARRA-VILLALOBOS** used his JyR Dragon Driver360 Facebook page to sell and advertise for

sale animal drug products labeled as containing Schedule III controlled substances, all in violation of 21 U.S.C. § 843(c)(2)(A).

A TRUE BILL

███████████████

FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

# **PENALTIES**

| | |
|---|---|
| **COUNTS 1, 4, 7, 10, 13, and 18:** | Imprisonment for not more than 10 years, fine of not more than $500,000, and supervised release for at least 2 years. |
| **COUNTS 2, 5, 8, 11, 14, 19, and 22:** | Imprisonment for not more than 4 years, fine of not more than $250,000, and supervised release for not more than 1 year. |
| **COUNTS 3, 6, 9, 12, 15, 17, 20, and 21:** | Imprisonment for not more than 3 years, fine of not more than $250,000, and supervised release for not more than 1 year. |
| **COUNT 16:** | Imprisonment for not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years. |
| **PLUS:** | Mandatory special assessment of $100 per Count. |
| **PLUS:** | Restitution, if applicable. |